# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:22-cr-00064-ART-CSD |
| Plaintiff, | |
| v. | **ORDER** |
| JORGE A. RIVAS-VIZCARRA, | |
| Defendant. | |

This matter coming before the Court on the Government's Motion to Unseal, the reasons therein having been considered by the Court, and good cause showing, the Motion is GRANTED.

IT IS HEREBY ORDERED that the Indictment, Sealing Motion, and Sealing Order in the above-captioned matter now pending, shall be, and are, UNSEALED.

DATED this 26th day of October 2022.

_____
HONORABLE CRAIG S. DENNEY
UNITED STATES MAGISTRATE JUDGE